UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ADRIAN BECKUM                CASE NO. 17-56894-MAR
                                                 CHAPTER 13
                                                 HONORABLE MARK A. RANDON

          DEBTOR.
_____/

NOEL A. CIMMINO (P61176)
Attorney for Debtor
17515 West 9 Mile Road, Suite 420
Southfield, MI 48075
(248) 559-4055
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**WITHDRAWAL OF STIPULATION FOR MODIFICATION OF THE AUTOMATIC STAY AND CO-DEBTOR STAY AND RESOLVING MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

      Santander Consumer USA Inc. ("Creditor"), withdraws the Stipulation and Order for Modification of Automatic Stay and Co-Debtor Stay and Resolving Motion for Relief from Automatic Stay and Co-Debtor Stay filed with the Court on September 15, 2020 (DN 57) as it was filed in error.

                                                              O'REILLY RANCILIO P.C.

                                                              */s/ Craig S. Schoenherr, Sr.*
                                                              _____
                                                             CRAIG S. SCHOENHERR, SR. (P32245)
                                                             Attorney for Creditor
                                                             12900 Hall Road, Suite 350
                                                             Sterling Heights, MI 48313-1151
                                                             (586) 726-1000
                                                             ecf@orlaw.com

DATED: September 15, 2020